

**QUIJANO & ENNIS, P.C.**
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK 10038

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

January 13, 2020

**BY ECF**

Honorable Katherine P. Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>U.S. v. Peralta Solano</u> 15 Cr. 543 (KPF)

Dear Judge Failla:

    I am the attorney for the defendant Peralta Solano in the above referenced matter. On July 12 2017, Your Honor sentenced Mr. Solano, *inter* alia, to Time Served and Supervised Release for a term of Three (3) years. The purpose of this letter is to respectfully request that Mr. Solano's Supervised Release be terminated. I have conferred with **United States Probation Officer Jennifer Arango and Assistant United States Attorney David M. Abramowicz; and I understand that neither the U.S. Probation Office or the government have any objection to this request.**

    Mr. Soloano has completed two (2) years and five (5) months of Supervised Release; and has been in full compliance. He is employed as the full-time assistant manager of Raice Restaurant 5 West 207 Street, Manhattan, New York 10034. He also suffers from myriad health issues, including arthritis and respiratory disease, which require regular medical treatments

    Accordingly, it is respectfully requested that the defendant Peralta Solanos'

Honorable Katherine P. Failla, U.S.D.J.
January 13, 2020

Supervised Release be terminated, in : *U.S. v. Peralta Solano* 15 Cr. 543 (KPF).

                Respectfully submitted,

                *Peter E. Quijano*

                Peter Enrique Quijano

cc:    A.U.S.A. David M. Abramowicz (by email)
       U.S. Probation Officer Jennifer Arrango (by email)

```
Application GRANTED.  Based on the representations made to the
Court in the above letter, Peralta Solano's request to
terminate his supervised release is hereby GRANTED.


Dated: January 14, 2020        SO ORDERED.
       New York, New York
```

                                            *Katherine Polk Failla*

```
                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE
```